IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 4: 33

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **TORRI WILLIAMS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No: 1-02-1205-JDB-tmp |
| ) | |
| **CORRECTIONS CORPORATION OF AMERICA**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER HOLDING DEADLINES IN ABEYANCE

It appears to the satisfaction of the Court that the parties have agreed, as evidenced by the signatures of counsel for all parties below, that all deadlines be held in abeyance until after a scheduled Status Conference on June 24, 2005. This matter being agreeable with the Court, it is hereby,

**ORDERED**, that all current deadlines are held in abeyance until after the scheduled Status Conference on June 24, 2005.

Dated: this 9 day of June, 2005.

_____
~~J. DANIEL BREEN~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 1:02-CV-01205 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
P.O. Box 677
206 S. Third
Delavan, WI 53115

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert J. Walker
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

J. Mark Tipps
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Honorable J. Breen
US DISTRICT COURT